UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br>Plaintiff,<br>v.<br>SONU HOSPITALITY LLC,<br>Defendant. | Case No. EDCV 26-02474-KK-SPx<br><br>JUDGMENT |

Pursuant to the Order granting plaintiff Fernando Gastelum's ("Plaintiff's") Motion for Default Judgment, IT IS HEREBY ADJUDGED that Judgment is entered in favor of Plaintiff against defendant Sonu Hospitality LLC ("Defendant").

Pursuant to this judgment, Defendant is HEREBY ORDERED to provide an accessible passenger loading zone at the business located at 11043 Magnolia Avenue, Riverside, California 92505. Further, Plaintiff shall have JUDGMENT against Defendant in the amount of $1,350.00 in attorneys' fees and $405.00 in costs.

Dated: August 5, 2026

HONORABLE KENLY KIYA KATO
United States District Judge